DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAFAYETTE BERNARD JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2587

_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.